**Order entered January 14, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **DENIES** as premature appellant's January 6, 2014 motion to extend time to file her brief. On January 7, 2014, the Court ordered appellant to file her brief within thirty days and that time period has not yet expired.

To the extent appellant asks the Court to inspect the draft brief attached to the motion for errors, the Court **DENIES** that request. Appellant shall file a brief that complies with Texas Rule of Appellate Procedure 38.1 within the time specified by the January 7, 2014 order. If appellant's brief is not filed within the time specified, we will, without further notice, submit the appeal without briefs. *See* Tex. R. App. P. 38.8(b), *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, Joyce Charboneau and John Rolater, Collin County District Attorney's Office.

/s/     LANA MYERS
         JUSTICE